```
 1  SCOTT N. SCHOOLS, SC SBN 9990
    United States Attorney
 2  JOANN M. SWANSON, CSBN 88143
    Assistant United States Attorney
 3  Chief, Civil Division
    ILA C. DEISS, NY SBN 3052909
 4  Assistant United States Attorney

 5     450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102
 6     Telephone: (415) 436-7124
       FAX: (415) 436-7169
 7
    Attorneys for Defendants
 8
```

9       UNITED STATES DISTRICT COURT

10      NORTHERN DISTRICT OF CALIFORNIA

11      SAN FRANCISCO DIVISION

| | |
|---|---|
| ALI H. AAMIR, ) | |
| ) | No. C 06-7866 TEH |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | **STIPULATION TO EXTEND DATES; and** |
| ALBERTO GONZALES, Attorney General ) | [PROPOSED] **ORDER** |
| of the United States; MICHAEL CHERTOFF, ) | |
| Secretary of the Department of Homeland ) | |
| Security; EMILIO GONZALEZ, Director of ) | |
| United States Citizenship and Immigration ) | |
| Services; ROBERT S. MUELLER, III, Director ) | |
| of the Federal Bureau of Investigations; ) | |
| CHRISTINA POULOS, Acting Director of the ) | |
| California Service Center, ) | |
| ) | |
| Defendants. ) | |
| ) | |

22   Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys

23 of record, hereby stipulate, subject to the approval of the Court, to the following:

24   1. Plaintiff filed this action on or about December 22, 2006.  The United States Attorney's

25 Office was not served until February 13, 2007.

26   2. Pursuant to this Court's December 22, 2006 Order Setting Initial Case Management

27 Conference, the parties are required to file a joint case management statement on March 26, 2007,

28 and attend a case management conference on April 2, 2007.

Stipulation to Extend Dates
C06-7866 TEH                                    1

1    3. In order to allow sufficient time for Defendants to consider an alternative resolution to this case and/or Answer and prepare a joint case management statement, the parties hereby respectfully ask this Court to extend the dates in the Court's scheduling order as follows:

| | |
|---|---|
| Last day for Defendant to file an Answer | April 13, 2007 |
| Last day to file Joint ADR Certification | April 16, 2007 |
| Last day to file/serve Joint Case Management Statement: | April 30, 2007 |
| Case Management Conference: | May 7, 2007 at 1:30 p.m. |

Dated: February 20, 2007                Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney


                                         /s/
                                        ILA C. DEISS
                                        Assistant United States Attorney
                                        Attorney for Defendants


Dated: February 20, 2007                 /s/
                                        SHAH PEERALLY
                                        Attorney for Plaintiff


**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.


Date:  02/21/07

THELTON E. HENDERSON
United States District Judge

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — Judge Thelton E. Henderson]

Stipulation to Extend Dates
C06-7866 TEH                            2