1  SCOTT N. SCHOOLS, SC SBN 9990
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   ILA C. DEISS, NY SBN 3052909
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
6     Telephone: (415) 436-7124
      FAX: (415) 436-7169
7
   Attorneys for Defendants
8

9                     UNITED STATES DISTRICT COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11                        SAN FRANCISCO DIVISION

12 ALI H. AAMIR,                        )
                                        ) No. C 06-7866 TEH
13               Plaintiff,             )
                                        )
14         v.                           )
                                        ) **SECOND STIPULATION TO EXTEND**
15 ALBERTO GONZALES, Attorney General   ) **DATE OF CASE MANAGEMENT**
   of the United States; MICHAEL CHERTOFF, ) **CONFERENCE; AND [PROPOSED]**
16 Secretary of the Department of Homeland ) **ORDER**
   Security; EMILIO GONZALEZ, Director of  )
17 United States Citizenship and Immigration )
   Services; ROBERT S. MUELLER, III, Director )
18 of the Federal Bureau of Investigations; )
   CHRISTINA POULOS, Acting Director of the )
19 California Service Center,           )
                                        )
20               Defendants.            )
                                        )
21

22      Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys

23 of record, hereby stipulate, subject to the approval of the Court, to the following:

24      1. Plaintiff filed this action under 8 U.S.C. § 1447(b) on or about December 22, 2006, asking

25 the Court to review his naturalization application.  The United States Attorney's Office was not

26 served until February 13, 2007.

27      2. The initial case management conference is currently reset for May 7, 2007.

28      3. Pursuant to the parties' Joint Case Management Statement, Defendants intend to file a

1  motion to remand the matter to the agency with instructions on May 21, 2007, with a hearing date
2  on that motion of June 25, 2007.
3      3. The parties, therefore, ask this Court to schedule the initial case management conference on
4  the date of or a date, if needed, after the hearing on Defendants' motion for remand.

Dated: May 4, 2007                    Respectfully submitted,

                                      SCOTT N. SCHOOLS
                                      United States Attorney


                                      _____/s/_____
                                      ILA C. DEISS
                                      Assistant United States Attorney
                                      Attorney for Defendants


Dated: May 4, 2007                    _____/s/_____
                                      SHAH PEERALLY
                                      Attorney for Plaintiff


**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED that the initial Case Management Conference be continued to __07/23/07__, at 1:30 p.m.

Date:  05/14/07                       _____
                                      THELTON E. HENDERSON
                                      United States District Judge

Second Stipulation to Extend Dates
C06-7866 TEH                                    2