SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7124
    FAX: (415) 436-7169

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ALI H. AAMIR,<br><br>            Plaintiff,<br><br>            v.<br><br>ALBERTO GONZALES, Attorney General of the United States; MICHAEL CHERTOFF, Secretary of the Department of Homeland Security; EMILIO GONZALEZ, Director of United States Citizenship and Immigration Services; ROBERT S. MUELLER, III, Director of the Federal Bureau of Investigations; CHRISTINA POULOS, Acting Director of the California Service Center,<br><br>           Defendants. | No. C 06-7866 TEH<br><br>**STIPULATION TO DISMISS; AND [PROPOSED] ORDER** |

    Plaintiff, by and though his attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled action without prejudice in light of the fact that the United States Citizenship and Immigration Services is now prepared to grant Plaintiff's application for naturalization and agrees to do so within 30 days of the dismissal of this action.

    Each of the parties shall bear their own costs and fees.

///

Stipulation to Dismiss
C06-7866 TEH                                          1

1  Date: May 14, 2007                             Respectfully submitted,

2                                                 SCOTT N. SCHOOLS
                                                  United States Attorney
3

4
                                                  _____/s/_____
5                                                 ILA C. DEISS
                                                  Assistant United States Attorney
6                                                 Attorneys for Defendants

7

8
                                                  _____/s/_____
9  Date: May 14, 2007                             SHAH PEERALLY
                                                  Attorney for Plaintiff
10

11

12

13                                     **ORDER**

14         Pursuant to stipulation, IT IS SO ORDERED.

15

16
    Date:    05/17/07
17                                                _____
                                                  THELTON E. HENDERSON
18                                                United States District Judge

Stipulation to Dismiss
C06-7866 TEH                                2